Joshua Ardry
V.
State of Texas    PD-0945-15

Cause No.
12-14-00143-CR

IN THE
COURT OF
CRIMINAL
APPEALS

## MOTOIN FOR AN EXTENSION OF TIME TO FILE PDR

TO THE HONORABLE COURT

Comes now Joshua Ardry   Appellant Pro Se and files this Motion for an extension of time and support shows the following:

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 23 2015

Abel Acosta, Clerk

I

On September-13th-2011 Appellants conviction was confirmed by the 114th Court of Appeals. Currently the petition for Discretionary Review is due

II

Appellant asserts he needs more time to file his P.D.R. At this time he is trying to compile correct citations, and the units Law Library does not have current Case Law. Appellant is utilizing outside sources, which is not especially time efficient.

PRAYER

Wherefore promises Considered, Appellant prays this Court grants this motion and extends filing dead line 60 days to give Appellant opportunity to properly file his PDR.

FILED IN
COURT OF CRIMINAL APPEALS

JUL 27 2015

Abel Acosta, Clerk

Respectfully, Submitted,
Josh Ardry        7-17-15

Josh Ardry        7-17-15
French Robertson Unit
12071 FM 3522
Abilene, TX. 79601